**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00014-CR

**BERNARD KAY ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-24874-P**

## ORDER

Before the Court is the State's October 21, 2014 motion to present oral argument. Appellant filed his brief on April 4, 2014, but waived oral argument. The State filed its brief on June 2, 2014, and also waived oral argument. On October 10, 2014, this Court granted appellant's motion to present oral argument. This case is set for submission on November 12, 2014.

The Court **GRANTS** the State's October 21, 2014 motion to present oral argument. The State may present oral argument at the submission of this case on November 12, 2014 at 9:00 a.m.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE